Daniel Sadeh, Esq.
**HALPER SADEH LLP**
667 Madison Avenue, 5th Floor
New York, NY 10065
Telephone: (212) 763-0060
Facsimile: (646) 776-2600
Email: sadeh@halpersadeh.com

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RONALD VANDUNK,<br><br>　　Plaintiff,<br><br>　　v.<br><br>HD SUPPLY HOLDINGS, INC., JOSEPH J. DEANGELO, KATHLEEN J. AFFELDT, PETER A. DORSMAN, STEPHEN J. KONENKAMP, MILFORD W. MCGUIRT, PATRICK R. MCNAMEE, SCOTT OSTFELD, CHARLES W. PEFFER, JAMES A. RUBRIGHT, and LAUREN TAYLOR WOLFE,<br><br>　　Defendants. | Case No: 1:20-cv-05777-WFK-SJB<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

　　In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Ronald VanDunk ("Plaintiff") hereby gives notice that he is dismissing the above-captioned matter (the "Action") with prejudice. Because this notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

Dated: December 19, 2020　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　**HALPER SADEH LLP**

　　　　　　　　　　　　　　　　　　　　　　　　By: /s/ Daniel Sadeh
　　　　　　　　　　　　　　　　　　　　　　　　Daniel Sadeh, Esq.

1

Case 1:20-cv-05777-WFK-SJB   Document 5   Filed 12/19/20   Page 2 of 3 PageID #: 26

667 Madison Avenue, 5th Floor
New York, NY 10065
Telephone: (212) 763-0060
Facsimile: (646) 776-2600
Email: sadeh@halpersadeh.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I, Daniel Sadeh, hereby certify that on December 19, 2020, a true and correct copy of the annexed **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** was served in accordance with the Federal Rules of Civil Procedure with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties with an email address of record who have appeared and consented to electronic service in this action.

Dated: December 19, 2020                                  /s/ Daniel Sadeh
                                                                             Daniel Sadeh